

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2020

No. 04-19-00206-CR

Joel **ALEJANDREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 15-CR-101
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

Appellant's brief was due on December 23, 2019. Sixteen days after the due date, Appellant filed a thirty-nine-page motion requesting a five-month extension of time to file the brief. To justify the request, court-appointed counsel cited reasons that are common for an active criminal defense practice.

Appellant's motion is GRANTED IN PART; the brief is due on February 21, 2020.

**We caution Appellant that the reasons given for a five-month extension do not justify such a delay, and any further request for an extension of time to file the brief will be strongly disfavored.**

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court